siding. Heard in this court at the October term, 1920. Reversed and judgment here. Opinion filed May 16, 1921.

Rathje, Lawlor & Connor, for appellant.    No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Edward B. Forslund, appellee, v. Northwestern Electric Company, appellant. Gen. No. 26,129.

Suit to recover commissions for the sale of machinery. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Edward L. England, for appellant. Musgrave, Oppenheim & Lee, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

William B. Baker, appellant, v. Eline M. Jensen et al., appellees. Gen. No. 26,241.

Suit upon an injunction bond. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

C. W. Greenfield, for appellant. Charles S. Deneen, for appellee James Peterson.

Mr. Justice McSurely delivered the opinion of the court.

---

Frank Ninberg, by May Belle Spencer, plaintiff in error, v. Kraus Brothers Loewy Company, defendant in error. Gen. No. 26,317.

Suit by a guardian for damages for personal injuries received by a boy when struck by defendant's automobile. Judgment for plaintiff for a nominal sum and plaintiff brings error. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed May 16, 1921.

Finn & Miller, for plaintiff in error. Gallagher, Kohlsaat & Rinaker, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Kate Smith, appellee, v. G. W. Cramer, appellant. Gen. No. 26,411.

Action on the case for slander and for assault and battery. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed May 16, 1921.

Huttmann, Cloyes & Klingler, for appellant. Anthony J. Schmidt, for appellee; Thomas J. O'Hare, of counsel.